UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MONOCOQUE DIVERSIFIED INTERESTS, LLC,** *Plaintiff* § § § § | |
| | §   No.  1:21-CV-00956-DAE |
| **v.** § § | |
| **USA JET AIRLINES, INC.,** *Defendant* § § | |

## ORDER

Before the Court is Plaintiff Monocoque Diversified Interests, LLC's Motion to Enforce Stipulation, Compel the Deposition of John Heaney, and to Stay Ruling on Summary Judgment, Dkt. 98. The District Judge referred the motion to the undersigned for disposition, and after holding a hearing on the motion, *see* Dkt. 103, the Court announced its ruling on the motions, and the reasons for that ruling, on the record. This written order memorializes that ruling.

The Court **GRANTS** Plaintiff's motion, Dkt. 98, and **ORDERS** that Defendant make John Heaney available for deposition within 21 days of this order.

The Court **FURTHER ORDERS** that Plaintiff may file, within 14 days of the deposition, a supplemental response to their summary-judgment opposition, limited to 7 pages; and Defendant may file, within 14 days of Plaintiff's filing its supplemental opposition, a supplemental reply brief, limited to 7 pages.

1

The Court **FURTHER ORDERS** that any ruling on Defendant's presently pending motion for summary judgment, Dkt. 83, shall be **STAYED** until the parties' supplemental opposition and reply have been filed.

SIGNED May 15, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE