UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MONOCOQUE DIVERSIFIED INTERESTS, LLC, *Plaintiff* | §§§§§§§§§ |
| v. | |
| USA JET AIRLINES, INC., *Defendant* | |

No. 1:21-CV-00956-DAE

## ORDER

Before the Court is Plaintiff Monocoque Diversified Interests, LLC's Motion to Compel Documents, Corporate Representative, and for Costs, Dkt. 115. The District Judge referred the motion to the undersigned for resolution. The Court set the motion for hearing, Dkt. 123, and after considering the parties' filings, the record as a whole, the applicable law, and the parties' arguments at that hearing, the Court announced its ruling on the motion, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **DENIES** Plaintiff's motion, Dkt. 115.

SIGNED August 27, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1