UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MONOCOQUE DIVERSIFIED            §
INTERESTS, LLC,                  §
*Plaintiff*                      §
                                 §
                                 §
v.                               §       No. 1:21-CV-00956-DAE
                                 §
USA JET AIRLINES, INC.,          §
*Defendant*                      §

**ORDER**

Before the Court is the motion to withdraw, filed by Plaintiff Monocoque Diversified Interests, LLC's ("MDI") attorneys, Mayling C. Blanco, Aimeé Vidaurri, and Hannah Hylbert, Dkt. 170. The District Judge referred the motion to the undersigned for disposition. Thomas P. Washburn has since filed a notice of attorney appearance on behalf of MDI. Dkt. 173. After considering the filings and the applicable law, the Court will grant the motion.

Accordingly, **IT IS ORDERED** that Mayling C. Blanco, Aimeé Vidaurri, and Hannah Hylbert's motion to withdraw, Dkt. 170, is **GRANTED**.

**IT IS FURTHER ORDERED** that Mayling C. Blanco, Aimeé Vidaurri, and Hannah Hylbert and their law firm, Norton Rose Fulbright US LLP, are **WITHDRAWN** as counsel for MDI.

SIGNED April 16, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1